UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADY DIABATE,

              Plaintiff,

v.

AUTOBUS BELL-HORIZON, INC., LUC DAIGLE.,

              Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/27/2021
```

21-CV-3038 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 20, 2020, Plaintiff Mady Diabate brought this action alleging negligent operation of a motor vehicle. On May 28, 2021, the Court filed a Case Management Plan and Scheduling Order. That order scheduled a post-discovery conference for October 1, 2021, at 12:30 p.m., and stated: "No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action." Dkt. 10. The parties have not submitted their joint letter. No later than September 28, 2021, the parties shall submit a joint letter that contains the information specified in the Court's order of May 28, 2021.

SO ORDERED.

Dated:    September 27, 2021
             New York, New York

_____
RONNIE ABRAMS
United States District Judge