UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADY DIABATE,

                Plaintiff,

      v.

AUTOBUS BELL-HORIZON, INC., LUC DAIGLE.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/05/2022

21-CV-3038 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A conference in this case is scheduled on January 14, 2022 at 11:30 a.m. Due to a scheduling conflict, this conference is rescheduled to January 13, 2022 at 11:30 a.m. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If the parties are unable to attend the rescheduled conference date, they shall notify the Court as soon as possible.

SO ORDERED.

Dated:    January 5, 2022
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge