UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 01/13/2022

MADY DIABATE,

               Plaintiff,

       v.

AUTOBUS BELL-HORIZON, INC., LUC
DAIGLE.,

              Defendants.

21-CV-3038 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 5, 2022, the Court rescheduled the settlement update conference in this case to January 13, 2022 at 11:30 a.m. Neither party called in to the conference. In lieu of rescheduling the conference, it is ordered that by January 20, 2022, the parties shall submit a joint letter updating the Court on the status of mediation in this case.

SO ORDERED.

Dated:    January 13, 2022
          New York, New York

                                  RONNIE ABRAMS
                                  United States District Judge